UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JANICE STEPHENS, an individual, ROBERT STEPHENS, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF DEPUTY DOE 1, in his or her official capacity; SHERIFF DEPUTY DOE 2, in his or her official capacity; SHERIFF DEPUTY SUPERVISOR DOE 3 in his or her official capacity; SHERIFF DEPUTY SUPERVISOR DOE 4; in his or her official capacity; and DOES 5 THROUGH 50, Inclusive<br><br>Defendants. | Case No. CV14-07964-JAK-RZ<br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE IN ITS ENTIRETY**  **JS-6**<br><br>Case Filed: June 3, 2014 |

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

-1-
ORDER ON STIPULATION TO DISMISS ACTION

The above-captioned action is dismissed in its entirety with prejudice by Plaintiffs as against Defendant the County of Los Angeles pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*.

All parties to bear their own costs.

**IT IS SO ORDERED.**

DATED: July 10, 2015

By: _____
Hon. John A. Kronstadt
United States District Judge